FILED
CLERK, U.S. DISTRICT COURT
10/30/23
CENTRAL DISTRICT OF CALIFORNIA
BY: ___eb___ DEPUTY

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>        v.<br><br>CHUNG KU SIN,<br><br>        Defendant. | No. 8:23-cr-00148-JWH<br><br>I N F O R M A T I O N<br><br>[26 U.S.C. § 7206(1): Subscribing to a False Tax Return] |

The United States Attorney charges:

[26 U.S.C. § 7206(1)]

A.   INTRODUCTORY ALLEGATIONS

At times relevant to this Information:

1.   Defendant CHUNG KU SIN was a resident of Orange County, California.

2.   Defendant SIN owned and operated the following businesses located in Orange County, California: Golden Tire, doing business as Golden Auto Body; SK Tops Auto Body Inc., doing business as Tops Auto Body; and SK Victory Auto Body Inc., doing business as Victory Auto Body.

B.   SUBSCRIBING TO A FALSE TAX RETURN

3.   On or about October 13, 2017, in Orange County, within the Central District of California, and elsewhere, defendant CHUNG KU SIN willfully made and subscribed to a materially false U.S. Individual Income Tax Return, Form 1040, for calendar year 2016, which was verified by a written declaration that it was made under the penalties of perjury, which was filed with the Internal Revenue Service, and which defendant SIN did not believe to be true and correct as to every material matter, in that on line 22 of his Form 1040, defendant SIN reported that his total income for the calendar year 2016 was $180,124, when, in fact, as defendant SIN then knew and believed, his total income for calendar year 2016 omitted approximately $590,907 in income.

E. MARTIN ESTRADA
United States Attorney

MACK E. JENKINS
Assistant United States Attorney
Chief, Criminal Division

BRETT A. SAGEL
Assistant United States Attorney
Chief, Corporate and Securities
  Fraud Strike Force