AO 245B (Rev. 09/19)  Judgment in a Criminal Case
Sheet 1

# UNITED STATES DISTRICT COURT
## Central District of California

| UNITED STATES OF AMERICA | ) | **JUDGMENT IN A CRIMINAL CASE** |
|---|---|---|
| v. | ) | |
| Chung Ku Sin | ) | Case Number: 8:23-cr-00148-JWH-1 |
| | ) | USM Number: |
| | ) | Ryan Andrew Ellis |
| | ) | Defendant's Attorney |

**THE DEFENDANT:**

☑ pleaded guilty to count(s)   Count 1 of the Information

☐ pleaded nolo contendere to count(s) _____
which was accepted by the court.

☐ was found guilty on count(s) _____
after a plea of not guilty.

The defendant is adjudicated guilty of these offenses:

| Title & Section | Nature of Offense | Offense Ended | Count |
|---|---|---|---|
| 26:7206(1) | SUBSCRIBING TO A FALSE TAX RETURN | | 1 |

The defendant is sentenced as provided in pages 2 through __1__ of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

☐ The defendant has been found not guilty on count(s) _____

☐ Count(s) _____ ☐ is ☐ are dismissed on the motion of the United States.

It is ordered that the defendant must notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

6/28/2024
Date of Imposition of Judgment

*/s/ J.E. Holcomb*
Signature of Judge

United States District Judge, John W. Holcomb
Name and Title of Judge

6/28/2024
Date

AO 245B (Rev. 09/19)  Judgment in a Criminal Case
　　　　　　　　　　Sheet 4—Probation

Judgment—Page ____ of ____1

DEFENDANT: Chung Ku Sin
CASE NUMBER: 8:23-cr-00148-JWH-1

# PROBATION

You are hereby sentenced to probation for a term of:

　THREE (3) YEARS

## MANDATORY CONDITIONS

1. You must not commit another federal, state or local crime.
2. You must not unlawfully possess a controlled substance.
3. You must refrain from any unlawful use of a controlled substance. You must submit to one drug test within 15 days of placement on probation and at least two periodic drug tests thereafter, as determined by the court.
   - ☑ The above drug testing condition is suspended, based on the court's determination that you pose a low risk of future substance abuse. *(check if applicable)*
4. ☑ You must cooperate in the collection of DNA as directed by the probation officer. *(check if applicable)*
5. ☐ You must comply with the requirements of the Sex Offender Registration and Notification Act (34 U.S.C. § 20901, *et seq*.) as directed by the probation officer, the Bureau of Prisons, or any state sex offender registration agency in the location where you reside, work, are a student, or were convicted of a qualifying offense. *(check if applicable)*
6. ☐ You must participate in an approved program for domestic violence. *(check if applicable)*
7. ☐ You must make restitution in accordance with 18 U.S.C. §§ 2248, 2259, 2264, 2327, 3663, 3663A, and 3664. *(check if applicable)*
8. You must pay the assessment imposed in accordance with 18 U.S.C. § 3013.
9. If this judgment imposes a fine, you must pay in accordance with the Schedule of Payments sheet of this judgment.
10. You must notify the court of any material change in your economic circumstances that might affect your ability to pay restitution, fines, or special assessments.

You must comply with the standard conditions that have been adopted by this court as well as with any other conditions on the attached page.

Judgment—Page ___ of __1__

DEFENDANT: Chung Ku Sin
CASE NUMBER: 8:23-cr-00148-JWH-1

# ADDITIONAL PROBATION TERMS

It is ordered that Defendant shall pay to the United States a special assessment of $100, which is due immediately.

Pursuant to Guideline §5E1.2, it is ordered that Defendant shall pay to the United States a fine of $24,000.

Pursuant to the Sentencing Reform Act of 1984, it is the judgment of the Court that Defendant, Chung Ku Sin, is hereby placed on probation on Count 1 of the Information for a term of three (3) years under the following terms and conditions:

1. Defendant shall comply with the rules and regulations of the United States Probation & Pretrial Services Office and Second Amended General Order 20-04, including the conditions of probation and supervised release set forth in Section III of Second Amended General Order 20-04.

2. Defendant shall not commit any violation of local, state, or federal law or ordinance.

3. Defendant shall cooperate in the collection of a DNA sample from Defendant.

4. Defendant shall truthfully and timely file and pay taxes owed for the years of conviction and shall truthfully and timely file and pay taxes during the period of probation. The current applicable amount of restitution owing to the Internal Revenue Service is approximately $977,807; however, the determination of the exact amount of restitution rests in the exclusive judgment of the Internal Revenue Service and United States Attorney's Office. Defendant shall show proof to the Probation Officer of compliance with this order.

5. Defendant shall truthfully and timely file and pay taxes owed for the years of conviction and shall truthfully and timely file and pay taxes during the period of probation. Further, Defendant shall show proof to the Probation Officer of compliance with this order.

6. Defendant shall pay the $24,000 fine in 12 monthly installments of $2,000. These payments shall begin 30 days after the date of this judgment. Defendant is prohibited from incurring new credit charges and opening additional lines of credit unless he is in compliance with the payment schedule and he obtains prior approval from the Probation Officer. Further, Defendant shall show proof to the Probation Officer of compliance with this order.

7. Defendant shall apply all monies received from income tax refunds, lottery winnings, inheritance, judgments, and any other financial gains to the Court-ordered financial obligation.

The drug testing condition mandated by statute is suspended based on the Court's determination that Defendant poses a low risk of future substance abuse.

Defendant was informed of his right to appeal.

Bond is exonerated.